UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/2/2020

-----------------------------------------------------x

UNITED STATES OF AMERICA          :

                                 :          **ORDER**

v.                                :

                                 :          18 CR 585-01 (VB)

JOHN MCGUIGAN,                    :
               Defendant.    :

-----------------------------------------------------x

     In an undated motion docketed on July 2, 2020 (Doc. #105), defendant John McGuigan moves for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).

     Section 3582(c)(1)(A)(i) authorizes the Court to reduce a term of imprisonment previously imposed for "extraordinary and compelling reasons."  However, the statute contains an explicit exhaustion requirement that must be complied with <u>prior</u> to the filing of such a motion:  "[T]he court, upon motion of the Director of the Bureau of Prisons, or upon motion of the defendant after the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier, may reduce the term of imprisonment . . . if it finds that . . . extraordinary and compelling reasons warrant such a reduction."

     Defendant does not claim to have exhausted his administrative rights.  The Court does not have the power to waive the exhaustion requirement.  <u>See, e.g., United States v. Ogarro</u>, 2020 WL 1876300, at *3-5 (S.D.N.Y. Apr. 14, 2020); <u>United States v. Roberts</u>, 2020 WL 1700032, at *2 (S.D.N.Y. Apr. 8, 2020).

     Accordingly, the motion is DENIED WITHOUT PREJUDICE to refiling after defendant demonstrates that the exhaustion requirement has been satisfied.

     Chambers will mail a copy of this Order to defendant at the following address:

     John McGuigan, Reg. No. 86061-054
     FCI Danbury
     Federal Correctional Institution
     Route 37
     Danbury, CT 06811

Dated: July 2, 2020
       White Plains, NY          SO ORDERED:

                                    _____
                                    Vincent L. Briccetti, U.S.D.J.