

U.S. Department of Justice

United States Attorney
Southern District of New York

United States Courthouse
300 Quarropas Street
White Plains, New York 10601

August 5, 2020

**BY EMAIL**
The Honorable Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

APPLICATION GRANTED
SO ORDERED:

/s/ Vincent L. Briccetti
Vincent L. Briccetti, U.S.D.J.
Dated: 8/6/20
White Plains, NY

Government's response now due 8/10/2020

Re:   *United States v. John McGuigan*, 18 Cr. 585 (VB)

Dear Judge Briccetti:

The Government respectfully requests a brief adjournment of the deadline by which to file its opposition to defendant John McGuigan's motion for compassionate release from August 6, 2020 to August 10, 2020. The undersigned is currently teleworking, and preparation of the Government's opposition to the defendant's motion has been disrupted due to a power outage and loss of internet access following tropical storm Isaias. In order to allow the Government to complete its submission, the undersigned respectfully requests a brief extension to August 10, 2020.

                                 Respectfully submitted,

                                 AUDREY STRAUSS
                                 Acting United States Attorney

By:  /s/
      Gillian Grossman
      Assistant United States Attorney
      (212) 637-2188